IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter:  7 |
| Bridget A. Nisivoccia ) | | |
| ) | | REQUEST FOR SPECIAL NOTICE |
| ) | | Case Number: 10-76492-REG |
| Debtor(s) ) | | [No Hearing Required] |

TO THE CLERK:

        The undersigned attorneys for:
          HSBC BANK NEVADA, N.A.
           NEIMAN MARCUS

a creditor of the above referenced debtor.

        Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

        REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

          HSBC BANK NEVADA, N.A.
          Bass & Associates, P.C.
          3936 E. Ft. Lowell Road, Suite #200
          Tucson, AZ 85712

        Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 09/08/10
Account Number: ************3048

        Respectfully submitted,
        Bass & Associates, P.C.

        By: /s/ Patti H. Bass  (AZ 016849)
          Attorneys for Creditor
          HSBC BANK NEVADA, N.A.
          3936 E Ft Lowell Rd Suite 200
          Tucson, AZ  85712-1083
          (520) 577-1544
          ecf@bass-associates.com